Barrett Daffin Frappier Turner & Engel, LLP          BDFTE # 3455573
1900 St. James Place, 5th Floor, Suite 500
Houston, Texas  77056
(713) 693-2000

Attorney for CITIMORTGAGE, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   11-31522-H3-13 |
| | § | |
| BRIAN R. WOODS | § | CHAPTER 13 |
| LADONNA T. WOODS | § | |
| Debtors | § | |

**RESPONSE OF CITIMORTGAGE, INC.ITS
ASSIGNS AND/OR SUCCESSORS IN INTEREST TP DEBTORS'
<u>OBJECTION TO CLAIM #21 OF CITIMORTGAGE, INC.</u>
[REFERS TO DOCKET #66]**

TO THE HONORABLE BANKRUPTCY JUDGE LETITIA Z. PAUL:

COMES NOW CITIMORTGAGE, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST (hereafter "Citi") a secured creditor in the above referenced Bankruptcy Case and files this it's Response to Debtors' Objection to Claim #21 of CitiMortgage, Inc. (hereinafter "Objection") and shows the Court as follows:

1. Citi admits the allegations contained in paragraph 1 of the Objection.

2. Citi admits the allegations contained in paragraph 2 of the Objection.

3. Citi admits the allegations contained in paragraph 3 of the Objection.

4. Citi admits the allegations contained in paragraph 4 of the Objection.

5. Citi admits the allegations contained in sentence 1 of paragraph 5 of the Objection to the extent that the initial post-petition mortgage payment due March 1, 2011 was $1,208.10 per month.  Citi denies the allegations contained in sentence 2 of paragraph 5 to the

extent that the escrow analysis attached to the Proof of Claim sets the mortgage payment effective May 2012 at $1,194.13 per month.

    a.  Attached to the Proof of Claim is the Loan Modification Agreement executed effective May 8, 2007.  Pursuant to paragraph 4 of the Loan Modification Agreement, past due payments totaling $14,601.16 had been deferred to the maturity date of the loan or the date the loan was paid off, provided that the Debtors made their payments in accordance to the terms of the Loan Modification Agreement.  The monthly statement dated December 14, 2010 attached as Exhibit A to the Objection did not include the $14,601.16 differed amount as it had not elected at that time to enforce its right under the terms of the Loan Modification Agreement to accelerate payment of that amount,.  The arrearage amount included with in the Proof of Claim filed by Citi includes that deferred amount.  Citi therefore denies the allegations contained in paragraph 5a of the Objection.

    b. Citi denies that it is required to by bankruptcy rule 3001 to separate the escrow component of the delinquent mortgage payment form the P&I component.  Citi therefore denies the allegations contained in paragraph 5b of the Objection.

    c. Citi denies the allegations contained in paragraph 5c of the Objection.

WHEREFORE, PREMISES CONSIDERED, CITIMORTGAGE, INC SUCCESSOR BY REASON OF MERGER WITH CITIFINANCIAL MORTGAGE COMPANY, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST prays that this court deny the Objection and for any and such further relief to which CITIMORTGAGE, INC SUCCESSOR BY REASON OF MERGER WITH CITIFINANCIAL MORTGAGE COMPANY, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may be justly entitled.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

        /s/ MITCHELL J. BUCHMAN
        MITCHELL J. BUCHMAN
        TBA# 03290750
        1900 St. James Place
        Suite 500
        Houston, Texas  77056
        Phone:  (713) 693-2014
        Fax:     (713) 693-2011
        Email:  SDECF@BBWCDF.COM
        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served on October 7, 2013.

Service was accomplished in the manner indicated below:

        /s/ MITCHELL J. BUCHMAN
        MITCHELL J. BUCHMAN
        TBA# 03290750

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

Debtors:    BRIAN R. WOODS
              LADONNA T. WOODS
              1134 STEVENAGE LANE
              CHANNELVIEW, TX 77530

Trustee:    WILLIAM E. HEITKAMP
              9821 KATY FREEWAY, STE 590
              HOUSTON, TX 77024

              U.S. TRUSTEE
              515 RUSK AVE., STE 3516
              HOUSTON, TX 77002

Debtors'
 Attorney:    KENNETH A. KEELING
              3310 KATY FREEWAY, STE 200
              HOUSTON, TX 77007

Parties in Interest:

    CHANNELVIEW ISD
    828 SHELDON ROAD
    CHANNELVIEW, TX 77530-3592

    HARRIS COUNTY
    PO BOX 4622
    HOUSTON, TX 77210-4622

    HARRIS COUNTY MUD
    11111 KATY FWY, STE 725
    HOUSTON, TX 77079

    STERLING GREEN SOUTH CIA
    PO BOX 2178
    CHANNELVIEW, TX 77530

Parties Requesting Notice:
    NONE