

ENTERED
02/11/2014

| Barrett Daffin Frappier Turner & Engel, LLP | BDFTE # 3455573 |
|---|---|
| 1900 St. James Place, 5th Floor, Suite 500 | |
| Houston, Texas 77056 | |
| (713) 693-2000 | |

Attorney for CITIMORTGAGE, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NO.   11-31522-H3-13 |
|---|---|---|
|  | § |  |
| BRIAN R. WOODS | § | CHAPTER 13 |
| LADONNA T. WOODS | § |  |
| Debtors | § |  |

**AGREED ORDER ON**
**OBJECTION TO CLAIM #21 OF CITIMORTGAGE, INC.**
**[REFERS TO DOCKET #66]**

Came on for consideration the Objection filed by Brian R. Woods and Ladonna T. Woods to the Allowance of the Proof of Claim filed by CitiMortgage, Inc., and the parties appeared and announced that they had reached an agreement, and the court, after considering the announcement of the parties, finds that said agreement should be granted, it is, therefore:

ORDERED that the arrearage for the Proof of Claim filed by CitiMortgage, Inc. (Claim No. 21) shall be allowed in the following amounts:

| a. | Unpaid monthly payments of principal and interest:   14 x $951.31 | $13,318.34 |
|---|---|---|
| b. | Pre-Petition escrow shortage: | $2,823.67 |
| c. | Pre-Petition Attorney's Fees, NSF fees, title costs Recording fees, property inspection fees: | $966.22 |
| Total Arrearage: |  | $17,108.23 |

ORDERED that this Agreed Order shall serve as an amendment to Proof of Claim #21.

ORDERED that within sixty (60) days of the date of entry of this order, Carrington

Mortgage Services, LLC, transferee of Claim #21 and successor in interest to CitiMortgage, Inc., may file an Amended Proof of Claim consistent with the terms of this Agreed Order

Signed this 11 day of Feb, 2014.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, L.L.P.

BY: | /s/ MITCHELL BUCHMAN | _____
MITCHELL BUCHMAN | REBECCA KEELING
TBA NO. 03290750 | TBA NO. 24083295
1900 St. James Place, Suite 500 | CRISTINA RODRIGUEZ
Houston, Texas  77056 | TBA No. _____
Telephone:  (713) 693-2014 | The Keeling law firm
Facsimile:  (713) 693-2011 | 3310 Katy Freeway, Suite 200
E-mail:  NDECF@BBWCDF.COM | Houston, Texas 77007
ATTORNEY FOR CITIMORTGAGE, | ATTORNEYS FOR DEBTOR
INC AND CARRINGTON MORTGAGE
SERVICESS, LLC