

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | ENTERED<br>05/03/2016 |
| **BRIAN R WOODS** | § | **Case No. 11-31522-H3-13** |
| **LADONNA T WOODS** | § | **Chapter 13** |
| | § | |
| **Debtors** | § | **JUDGE LETITIA Z. PAUL** |

### ORDER DEEMING THE MORTGAGE CURRENT
### AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS
(Docket No. 94)

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED THAT:**

1.    Based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

PRP II PALS INVESTMENT TRUST

2.    The claims of the above-listed creditor(s) are deemed current as of 2/29/2016. All escrow deficiencies, if any, are deemed cured. All legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3.    The Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** |
|---|---|---|
| **PRP II PALS INVESTMENT TRUST**<br>**C/O STATEBRIDGE COMPANY LLC**<br>**5680 GREENWOOD PLAZA BLVD STE 100S**<br>**GREENWOOD VILLAGE, CO  80111** | 1,194.18 | 03/01/2016 |

**MAY 0 3 2016**

SIGNED this _____ day of _____, 20___.

_Letitia Z Paul_

**THE HONORABLE LETITIA Z. PAUL,**
**UNITED STATES BANKRUPTCY JUDGE**